ORIGINAL


FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0344

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0344

GERALD A. UNRUH and MICHAL L. UNRUH,

Plaintiffs and Appellees,

v.

URBAN LIFESTYLE 10 LLC, a Washington
State limited liability company,

Defendant and Appellant.

FILED

SEP 25 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Through counsel, Appellees Gerald A. Unruh and Michal L. Unruh (collectively, Unruh) move this Court for dismissal of this appeal because Appellant Urban Lifestyle 10 LLC (Urban) does not have counsel to represent it. No response has been filed.

This appeal is before this Court on the Yellowstone County District Court's granting of Unruh's motion for summary judgment on their first amended cross-complaint against Urban. The caption was changed in the filed Notice of Appeal.[1] This Court also observes that counsel for Urban moved for withdrawal on August 14, 2024, and this Court issued an order granting withdrawal on the same day.

As grounds for the motion, Unruh explains that the legal liability company, or LLC, must have legal counsel as its members cannot represent the entity. *Ioerger v. Reiner*, 2005 MT 155, ¶ 20, 327 Mont. 424, 114 P.3d 1028. Citing Montana case law, Unruh maintains that a non-lawyer cannot represent a legal entity in a court and that an LLC is a separate legal entity, requiring representation of counsel. *Rafes v. McMillan*, 2022 MT 13, ¶¶ 20, 21, 407 Mont. 254, 502 P.3d 674 (citation omitted).

---

[1] The underlying matter had the caption of *Marvin Wayne Jewett ABN A-1 Drilling v. Gerald A. Unruh, Michal L. Unruh, and Urban Lifestyle 10, LLC*, Cause No. DV 22-1356.

Upon review, we conclude that dismissal of this appeal is appropriate. No other counsel has filed a notice of appearance for Urban with this Court, and the appeal cannot proceed. Accordingly,

IT IS ORDERED that Unruh's Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED.

The Clerk also is directed to provide a copy of this Order to counsel of record; to appointed mediator Charles R. Cashmore, and to Urban Lifestyle 10 LLC at its last known address.

DATED this 25 day of September, 2024.

_____

_____

_____

_____
Justices

2